# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146625

DAVID ROBINSON,
            Plaintiff-Appellant,

v

CIVIL SERVICE COMMISSION,
DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS, and COMMISSION
FOR THE BLIND,
            Defendants-Appellees.

SC: 146625
COA: 310250
Ingham CC: 11-001055-AA

_____/

        On order of the Court, the application for leave to appeal the December 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

s0617